### JULY 10, 1926

19964—George H. Hayes v. Egbert Dena Hayes; motion for Cuyahoga Appeals to certify. W. Kern and E. W. Dissette, Cleveland, for pltf; Clark & Costello, Cleveland, for deft.

PUBLISHER'S COLUMN

# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Saturday        50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers .................................  .35
    When cash is mailed to us in advance
        20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00
    No discount allowed after expiration date
    NEW RULE, effective July 1, 1926—All delinquents
for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ..................:..... $7.50
    Subject to 20 percent, if cash paid with order
    Abstract, one year, and Ternary Digest, if ordered
and paid for together, net......................$17.00
    June Semi annual Digest, Free to all paid Abstract
Subscribers.  To non-subscribers to Abstract, net.. $1.50
December Annual Digest (Supplement to Ternary)
    1926, net ................................. $3.00
To non subscribers to Abstract, net............. $5.00

THE LAW ABSTRACT COMPANY
Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.
Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.